IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| J.Z., a minor child by and through his father and next friend, JAESTON ZELLARS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:25-cv-559-ECM ) |
| CITY BOARD OF EDUCATION OF AUBURN, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

On October 2, 2025, the Magistrate Judge entered a Recommendation (doc. 18) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 18) is ADOPTED;

2. Defendant City Board of Education of Auburn's motion to dismiss (doc. 6) is GRANTED, and Count Seven of the First Amended Complaint is DISMISSED with prejudice;

3. The Court declines to exercise supplemental jurisdiction over the state law claims in Counts One through Six pursuant to 28 U.S.C. § 1367(c);

4. The state law claims in Counts One through Six are REMANDED to the Circuit Court of Lee County, Alabama;

2

5. The Plaintiff's motion to sever and remand (doc. 9) is DENIED as moot.

The Clerk of the Court is DIRECTED to take all steps necessary to effectuate the remand of the state law claims in Counts One through Six to the Circuit Court of Lee County, Alabama.

DONE this 17th day of October, 2025.

                                              /s/ Emily C. Marks
                                   EMILY C. MARKS
                                   CHIEF UNITED STATES DISTRICT JUDGE